243 So.2d 274

**Sidney TRAHAN**

**v.**

**TRAVELERS INSURANCE COMPANY.**

No. 51075.

Feb. 4, 1971.

On the facts found by the Court of Appeal, the result is correct.

243 So.2d 274

**PELLETS, INC.**

**v.**

**MILLERS MUTUAL INSURANCE COMPANY et al.**

No. 51084.

Feb. 4, 1971.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

DIXON, J., recused.